PHILLIP A. TALBERT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALDO DAVID ALCARAZ, <br><br> Defendant. | Case No. 1:21-cr-00205-ADA-BAM <br><br> **STIPULATION TO CONTINUE AUGUST 28, 2023, HEARING TO SEPTEMBER 11, 2023; ORDER** <br><br> Ctrm: 1 <br><br> Hon. Ana de Alba |

This case is set for a change of plea hearing on August 28, 2023.

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney David Gappa, counsel for the government, and Thomas P. Matthews, counsel for defendant Aldo David Alcaraz (defendant), that the **August 28, 2023, change of plea hearing be continued to September 11, 2023, at 8:30 a.m.** The parties request that the court issue the proposed order based on the following considerations:

The parties base this stipulation on good cause. Specifically,

1. By prior stipulation, the parties moved to continue a July 10, 2023, motion hearing until August 28, 2023, as well as to exclude time between July 10, 2023, through August 28, 2023, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

2. The parties based this stipulation on good cause, more specifically:

   a) In May 2023, the prosecution of this case was re-assigned to Assistant United

1

1    States Attorney, David Gappa.  The government filed a designation of counsel form in this

2    regard on April 26, 2022.  Dkt. 46.

3        b)    The government provided a revised proposed plea agreement to the defense, and

4    defense counsel requested and received additional time to consider the agreement. The parties

5    have finalized that agreement, and it has been filed.

6        c)    While the events described in (b) above took place, counsel for the government

7    was designated to attend a program in a different state that begins on the currently scheduled date

8    of August 28, 2023.  The requested new date is the first date that fits the calendars of the court

9    and counsel.

10       d)    Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13       e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of July 10, 2023 through August 28,

15   2023, inclusive, is deemed excludable under 18 U.S.C. §§ 3161(h)(1)(H) and 3161(h)(7)(A) and

16   (B)(i) and (iv)  because it results from a continuance granted by the Court at defendants' request

17   on the basis of the Court's finding that the ends of justice served by taking such action outweigh

18   the best interest of the public and the defendant in a speedy trial.

19   3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

20   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

21   must commence.

22   IT IS SO STIPULATED.

Dated:  August 9, 2023              PHILLIP A. TALBERT
                                    United States Attorney

                              By:   /s/ DAVID GAPPA
                                    DAVID GAPPA
                                    Assistant United States Attorney

Dated: August 9, 2023         By:   /s/ Thomas P. Matthews
                                    Thomas P. Matthews, Esq.
                                    Attorney for Defendant

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALDO DAVID ALCARAZ,<br><br>　　　　　　　　　Defendant. | Case No. 1:21-cr-00205-ADA-BAM<br><br>**STIPULATION TO CONTINUE AUGUST 28, 2023, HEARING TO, SEPTEMBER 11, 2023; ORDER**<br><br>Ctrm: 1<br><br>Hon. Ana de Alba |

## **O R D E R**

IT IS ORDERED that the change of plea hearing currently set for August 28, 2023, at 8:30 a.m. is continued until September 11, 2023, at 8:30 a.m.

IT IS FURTHER ORDERED THAT the period of time from August 28, 2023, through September 11, 2023, is deemed excludable under 18 U.S.C. §§ 3161(h)(1)(H) and 3161(h)(7)(A) and (B)(i) and (iv)  because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

　　Dated:　__August 10, 2023__　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3