PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>ALDO DAVID ALCARAZ,<br><br>          Defendant. | CASE NO. 1:21-CR-00205-ADA-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

   Based upon the plea agreement entered between the United States of America and defendant Aldo David Alcaraz, it is hereby ORDERED, as follows:

   1.   Under 18 U.S.C. § 2428(a)(1), defendant Aldo David Alcaraz's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

         a.   Black iPhone Model A1984 seized by law enforcement on January 23, 2021.

   2.   The above-listed property constitutes property, real or persona, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b).

   3.   Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The property shall be seized and held by Homeland Security Investigations, in its secure custody and control.

4. a. Under 18 U.S.C. § 2428(b)(2), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture under 18 U.S.C. § 2428(a)(1) in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   September 25, 2023

_____
UNITED STATES DISTRICT JUDGE