PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00205-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ALDO DAVID ALCARAZ, | |
| Defendant. | |

On May 12, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428(a)(1), based upon the plea agreement entered into between plaintiff and defendant Aldo David Alcaraz forfeiting to the United States the following property:

    a.   Black iPhone model A1984, seized by law enforcement on January 23, 2021.

Beginning on October 20, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

FINAL ORDER OF FORFEITURE     1

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(a)(1), including all right, title, and interest of Aldo David Alcaraz.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **February 9, 2024**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE